United States District Court
Southern District of Texas

United States District Court
Southern District Of Texas
FILED
AUG 19 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OLGA O. MENDEZ | § | |
| Plaintiff, | § | MISC ACTION NO. 7:19-MC-1171 |
| VS. | § | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | § | |
| Defendant. | § | |

## ORDER

Plaintiff has filed an application for leave to proceed *in forma pauperis* ("IFP") (Dkt. No. 2), along with her compliant (Dkt. No. 1). After consideration of her application, it is hereby **ORDERED** that Plaintiff's application for leave to proceed IFP is **GRANTED**. The Clerk of this Court is directed to file Plaintiff's original complaint as a civil action, while the instant miscellaneous action shall be closed. The undersigned notes that the summons has already been issued by the Clerk of Court.

The Clerk shall forward a copy of this Order to the parties by any receipted means.

**DONE** this 19th day of August, 2019, at McAllen, Texas.

J. SCOTT HACKER
United States Magistrate Judge